IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 17-59-LPS-1 |
| DENNELL HARRISON, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 27th day of **April, 2018**, defendant having entered a guilty plea on April 26, 2018,

IT IS HEREBY ORDERED that the Defendant's Motion *in Limine* to Bifurcate (D.I. 60) and the Defendant's Motion *in Limine* to Preclude (D.I. 61) are DENIED AS MOOT.

_____
UNITED STATES DISTRICT JUDGE